# United States District Court

WESTERN DISTRICT OF WASHINGTON

BENNY MOORE  JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,  CASE NUMBER: C06-5532RJB
Commissioner of Social Security

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court adopts the Report and Recommendation, Dkt #16, and this matter is REVERSED AND REMANDED to the Commissioner for further administrative proceedings.

May 9, 2007                               BRUCE RIFKIN
                                          Clerk

                                          /s/Dara L. Kaleel
                                          By Dara L. Kaleel, Deputy Clerk